# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| RICKEY JONES, | 3:06–CV-00558-PMP-VPC |
| Plaintiff, | **ORDER** |
| vs. |  |
| JEFFREY PAVAO, et al., |  |
| Defendants. |  |

On December 14, 2007, the Honorable Valerie P. Cooke, United States Magistrate Judge, entered a Report and Recommendation (Doc. #33) recommending that Defendant's Motion to Dismiss (Doc's. #23 & #24) Counts I and II of Plaintiff's Complaint be granted.

No objections have been filed with regard to Magistrate Judge Cooke's report and recommendation and the time for filing such objections has expired. In accord with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rules of Practice, LR IB 1-4, the Court has conducted a de novo review of the proceedings before Magistrate Judge Cooke, and the Court finds that on the merits, Defendant's motion to dismiss counts I and II of Plaintiff's complaint should be granted.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. #33) entered December 14, 2007, by Magistrate Cooke is hereby AFFIRMED.

/ / /

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc's. #23 & #24) Counts I and II of Plaintiff's Complaint is hereby GRANTED.

Dated: January 4, 2008.

PHILIP M. PRO
United States District Judge